# EXHIBIT A

September 19, 2018
Page 1 of 1
Holder ID:    44

**CLIC Technology, Inc.**
**1815 NE 144th Street**
**North Miami, FL 33181**

If you have questions concerning your account,
please call 305-842-7074

Shares registered in the name of:
Sunny Isles Capital, LLC.

# ACCOUNT STATEMENT

Sunny Isles Capital, LLC.
8911 Collins Avenue
Apt. # 1603
Sunny Isles Beach FL  33160

| Activity | 09/19/18 |
|---|---|

**Summary of Holdings on September 19, 2018**

Number of Shares

7,525,000 Post 2018 Merger Common(CTI)

**Ending Balance on September 19, 2018**

| Stock ID | Certificate No. | Shares | Issued | Acquired | Adjusted Basis/Share($) | Lot Shares |
|---|---|---|---|---|---|---|
| CTI | Book Entry | 7,525,000 | 09/18/18 | 05/04/18 | 0.00000 | 7,525,000.0000 |
| CTI Total | | 7,525,000 | Post 2018 Merger Common | | | |

**JONATHAN D. LEINWAND, P.A.**

20900 NE 30TH AVE.
EIGHTH FLOOR
AVENTURA, FL 33180
TEL: (954) 903-7856
FAX: (954) 252-4265

E-MAIL: JONATHAN@JDLPA.COM

September 12, 2018

Mountain Share Transfer
2030 Powers Ferry Rd. SE
Suite # 212
Atlanta, GA 30339

      **Re:**    Sunny Isles Capital LLC (the "*Shareholder*")
              CLIC Technology Inc. f/k/a Fundthatcompany (the "*Company*")
              7,525,000 shares of the Company's common stock (the "*Shares*")

To Whom It May Concern:

This firm is acting as special counsel to the Company with regard to request of the Shareholder to transfer or sell the Shares. In connection therewith I have reviewed certain documents of the Company and the Shareholder including:

        (a) Subscription agreements and proof of consideration from the parties set forth on Schedule 1 hereto (the "*Original Purchasers*"), who purchased a total of 7,525,000 shares of the Company's common stock from the Company.

        (b) Agreements for the Purchase of Common Stock by and between the Shareholder and the Original Purchasers for a total of 7,525,000 shares of the Company's common stock.

        (c) A representation letter from the Shareholder

        (d) The Company's registration statement on Form S-1, as amended, declared effective by the SEC on November 4, 2016 (the "*Registration Statement*").

        (e) The Company's filings with the SEC as available on EDGAR.

We assume for purposes of this letter that all information contained in such documents is true, correct and complete.

## Background

The Company was incorporated on September 4, 2015. Its business plan was to provide crowdfunding services. The Company filed a registration statement on Form S-1 on December 4, 2015, registering 5,000,000 shares of the Company's common stock. This registration statement was declared effective by the SEC on November 4, 2016.

On December 2, 2016, the Company effected a 1-175 forward split.

**Sale of Shares by the Company**

In November 2016, subsequent to the registration statement being declared effective, the Original Purchasers purchased shares of the Company's common stock from the Company pursuant to the Registration Statement.

**Purchase of Shares by the Shareholder**

On May 4, 2018, the Shareholder entered into Agreements for the Purchase of Common Stock with each of the Original Purchasers, purchasing a total of 7,525,000 shares of the Company's common stock.

Based upon our review of the documents described in this letter and without any further investigation, it has been determined that:

  (a) The Company is a reporting issuer, current in its reporting requirements with the SEC

  (b) The Shares were purchased by the Original Purchasers from the issuer pursuant to the Company's effective S-1 registration statement.

  (c) The Shareholder purchased the shares from the Original Purchasers and such shares were freely tradeable.

  (d) The Shareholder is not now nor has been during the last three months, an affiliate of the Company.

Based upon the foregoing it is our opinion that the shares can be transferred without a restrictive legend. ,

The opinions set forth herein are expressed as of the date hereof and remain valid so long as the documents, instruments, records and certificates we have examined and relied upon as noted above, are unchanged and the assumptions we have made, as noted above, are valid. If any facts or documents are determined to be incorrect, misstated or misrepresented, then the opinion or opinions expressed herein may not continue to be valid.

This opinion is furnished by us to the Shareholder, the Shareholder's broker and clearing firm, the Company and its transfer agent and may only be relied upon as indicated herein. This opinion may not be used or relied upon by you for any other purpose or by any other person, nor may copies be delivered to any other person, without our prior consent.

Very Truly Yours,
JONATHAN D. LEINWAND, P.A.

By: Jonathan Leinwand, Esq.

## SCHEDULE 1

| Name of Person from Whom Acquired | Amount of Securities Acquired (After giving effect to 175-1 Forward Split on December 2, 2016) |
|---|---|
| Prachak Intanam | 656,250 |
| Venture 2 Funding, Inc. | 2,187,500 |
| West Investing, Inc. | 3,500,000 |
| Meena Baotaes | 525,000 |
| Aphisit Chinduang | 656,250 |
| **Total** | **7,525,000** |

# AGREEMENT FOR THE PURCHASE OF COMMON STOCK

This agreement for the purchase of common stock (the "Agreement") is made this __4th__ day of ___May___, __2018__, by and between West Investing, Inc. (the "Seller"), and __Sunny Isles Capital, Inc.___ (the "Purchaser"), and is for the purpose of setting forth the terms and conditions upon which the Seller will sell to the purchaser __3,500,000___ shares of the Common Stock of **FUNDTHATCOMPANY** (the "Company").

In consideration of the mutual promises, covenants and representations contained herein, **THE PARTIES HERETO AGREE AS FOLLOWS:**

1.  Subject to the terms and conditions of this agreement, Seller agrees to sell and Purchaser agrees to purchase shares of Common Stock of the Company at a price of US$ _.0013289_ per share for a total purchase price of US$ _4,651.16___.

2.  Seller represents and warrants to Purchaser that he has good and marketable title to all the shares to be sold to the Purchaser pursuant to this Agreement. The shares to be sold to the Purchaser will be, at the closing, free and clear of all liens, security interests or pledges of any kind. None of such shares are or will be subject to any voting trust or agreement. No person holds or has a right to receive any proxy or similar instrument with respect to such shares.

3.  Seller acknowledges that after completion of this transaction the shares could materially increase in value as a result of the Company's current business, or any future new business the Company may undertake.

4.  The closing of this transaction will occur on or before the __4th___ day of ___May___, __2018___.

**AGREED TO AND ACCEPTED:**

**SELLER:**                               **PURCHASER:**

By: _____                     By: _____
West Investing, Inc.                       Charles Vaccaro, President
by Suda Thepchit, President                Sunny Isles Capital, LLC


Sunny Isles Capital, LLC



น.ส ชุดา เทพจิตร

## THIRD PARTY RELEASE

Whenever certificate(s) are registered in the name other than that of the account, this form must be fully completed by the registered holder(s) named on the certificate(s).

Gentlemen:   The undersigned hands you herewith the following certificate(s):

| CERTIFICATE NO.(S) | NO. OF SHARES | ISSUE DATE |
|---|---|---|
| 0030 | 3,500,000 | February 7, 2017 |
| | | |
| | | |
| | | |

All of which are in (my) (our) name(s) and duly endorsed by (me) (us), which the undersigned requests that you place in the account of:

Sunny Isles Capital, LLC

(one of your customers), who is the true and lawful owner of the above securities represented by said certificate(s) and whom you may treat as the owner thereof and of any income and benefits therefrom, and resulting from any sale thereof. The undersigned represents that (he) (she) (they) (is) (are) of lawful age in all respects legally competent.

Dated:   May 4, 2018

Signature

City:

West Investing, Inc. by Suda Thepchit, President

State:

Medallion or Signature Guarantee

I certify the genuine signature of Suda Thepchit.
I hereby assume no responsibility for the contents of this document.

Signature

Khwanta Saynet
Notarial Services Attorney

## Irrevocable Stock Power

For Value Received, the undersigned does (do) hereby sell, assign, and transfer to

_____ Sunny Isles Capital, LLC, a Florida limited liability company _____

_____

( 3,500,000 ) shares of common Capital Stock FUNDTHATCOMPANY represented

by Certificate(s) No. 0030 inclusive, standing in the name of the undersigned on the books of said company.

The undersigned does (do) hereby irrevocably constitute and appoint _____

_____

to transfer the said stock on the books of said corporation, with full power of substitution

in the premises.

Signed ~~ชุ.ช ชุตา (ทพชิต)~~
         West Investing, Inc. by Suda Thepchit, President

Dated: _____ May 4, 2018 _____

In Presence of _____

NOTICE: The signature(s) to this assignment must correspond with the name as written upon the face of the certificate, in every particular, without alteration, or any change whatever, and must be guaranteed by a commercial bank, trust company, or member firm of the Boston, New York, or Midwest Stock Exchange or a Notary Public.

I certify the genuine signature of Suda Thepchit.
I hereby assume no responsibility for the contents of this document.

Signature _____
           Khwanta Saynet
           Notarial Services Attorney








## CORPORATE CHARTER

I, BARBARA K. CEGAVSKE, the duly elected and qualified Nevada Secretary of State, do hereby certify that **WEST INVESTING, INC.**, did on November 17, 2016, file in this office the original Articles of Incorporation; that said Articles of Incorporation are now on file and of record in the office of the Secretary of State of the State of Nevada, and further, that said Articles contain all the provisions required by the law of said State of Nevada.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on November 17, 2016.

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Secretary of State

Certified By: Electronic Filing
Certificate Number: C20161117-0010
You may verify this certificate
online at http://www.nvsos.gov/



*040105*



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

# Articles of Incorporation
### (PURSUANT TO NRS CHAPTER 78)

| Filed in the office of | Document Number |
|---|---|
| *Barbara K. Cegavske* | 20160502076-99 |
| Barbara K. Cegavske | Filing Date and Time |
| Secretary of State | 11/17/2016 2:22 AM |
| State of Nevada | Entity Number |
| | E0500302016-3 |

(This document was filed electronically.)

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

| 1. Name of Corporation: | WEST INVESTING, INC. |
|---|---|

| 2. Registered Agent for Service of Process: (check only one box) | ☒ Commercial Registered Agent: REGISTERED AGENTS INC. |
|---|---|
| | ☐ Noncommercial Registered Agent (name and address below)   **OR**   ☐ Office or Position with Entity (name and position below) |

Name of Noncommercial Registered Agent   OR   Name of Title of Office or Other Position with Entity

| Street Address | City | Nevada | |
|---|---|---|---|
| | | | Zip Code |

| Mailing Address (if different from street address) | City | Nevada | |
|---|---|---|---|
| | | | Zip Code |

| 3. Authorized Stock: (number of shares corporation is authorized to issue) | Number of shares with par value: | | Par value per share: $ | | Number of shares without par value: | 5000 |
|---|---|---|---|---|---|---|

| 4. Names and Addresses of the Board of Directors/Trustees: (each Director/Trustee must be a natural person at least 18 years of age; attach additional page if more than two directors/trustees) | 1) SUDA THEPCHIT |
|---|---|

| | Name | | | |
|---|---|---|---|---|
| | 417/2 MOO 3 | WANGKRAJAE MUANG T | TH | 23000 |
| | Street Address | City | State | Zip Code |

2)

| | Name | | | |
|---|---|---|---|---|
| | | | | |
| | Street Address | City | State | Zip Code |

| 5. Purpose: (optional; required only if Benefit Corporation status selected) | The purpose of the corporation shall be:  ANY LEGAL PURPOSE | 6. Benefit Corporation: (see instructions)  ☐ Yes |
|---|---|---|

| 7. Name, Address and Signature of Incorporator: (attach additional page if more than one incorporator) | I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State. |
|---|---|

| | SUDA THEPCHIT | X   SUDA THEPCHIT |
|---|---|---|
| | Name | Incorporator Signature |
| | 417/2 MOO 3 | WANGKRAJAE MUANG T | TH | 23000 |
| | Address | City | State | Zip Code |

| 8. Certificate of Acceptance of Appointment of Registered Agent: | I hereby accept appointment as Registered Agent for the above named Entity. |
|---|---|

| | X   REGISTERED AGENTS INC. | 11/17/2016 |
|---|---|---|
| | Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity | Date |

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State NRS 78 Articles
Revised: 1-5-15

# (PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:

ENTITY NUMBER

**WEST INVESTING, INC.**
NAME OF CORPORATION

E0500302016-3

FOR THE FILING PERIOD OF **NOV, 2016** TO **NOV, 2017**

USE BLACK INK ONLY - DO NOT HIGHLIGHT

*100103*

## **YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

☐ **Return one file stamped copy.** (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

<table>
<tr><td rowspan="5">Filed in the office of<br><i>Barbara K. Cegavske</i><br>Barbara K. Cegavske<br>Secretary of State<br>State of Nevada</td><td>Document Number<br>20160502077-00</td></tr>
<tr><td>Filing Date and Time<br>11/17/2016 2:23 AM</td></tr>
<tr><td>Entity Number<br>E0500302016-3</td></tr>
</table>

This document was filed electronically
ABOVE SPACE IS FOR OFFICE USE ONLY

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: ☐

NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
|---|---|
| SUDA THEPCHIT | PRESIDENT (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 417/2 MOO 3 , THA | WANGKRAJAE MUANG TRAD | | 23000 |

| NAME | TITLE(S) |
|---|---|
| SUDA THEPCHIT | SECRETARY (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 417/2 MOO 3 , THA | WANGKRAJAE MUANG TRAD | | 23000 |

| NAME | TITLE(S) |
|---|---|
| SUDA THEPCHIT | TREASURER (OR EQUIVALENT OF) |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 417/2 MOO 3 , THA | WANGKRAJAE MUANG TRAD | | 23000 |

| NAME | TITLE(S) |
|---|---|
| SUDA THEPCHIT | DIRECTOR |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 417/2 MOO 3 , THA | WANGKRAJAE MUANG TRAD | | 23000 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X SUDA THEPCHIT
**Signature of Officer or Other Authorized Signature**

| Title | Date |
|---|---|
| PRESIDENT | 11/17/2016 2:23:02 AM |

Nevada Secretary of State List Profit
Revised: 7-1-15



# SECRETARY OF STATE



STATE OF NEVADA

# NEVADA STATE BUSINESS LICENSE

### WEST INVESTING, INC.
**Nevada Business Identification # NV20161674451**

## Expiration Date: November 30, 2017

In accordance with Title 7 of Nevada Revised Statutes, pursuant to proper application duly filed and payment of appropriate prescribed fees, the above named is hereby granted a Nevada State Business License for business activities conducted within the State of Nevada.

Valid until the expiration date listed unless suspended, revoked or cancelled in accordance with the provisions in Nevada Revised Statutes. License is not transferable and is not in lieu of any local business license, permit or registration.



IN WITNESS WHEREOF, I have hereunto
set my hand and affixed the Great Seal of State,
at my office on November 17, 2016

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Secretary of State

*You may verify this license at www.nvsos.gov under the Nevada Business Search.*

License must be cancelled on or before its expiration date if business activity ceases.
Failure to do so will result in late fees or penalties which by law <u>cannot</u> be waived.



NUMBER 0030

AUTHORIZED COMMON STOCK: 300,000,000 SHARES
PAR VALUE $0.001

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

**This Certifies That**

**FundThatCompany**

CUSIP No. 36088P 105

SHARES ***3,500,000*

Is The Record Holder Of    West Investing, Inc.

*** Three Million Five Hundred Thousand ***

Fully paid and non-assessable shares of **FundThatCompany** Common Stock transferable on the books of the Corporation in person or by attorney upon surrender of this certificate duly endorsed or assigned. This certificate and the shares represented hereby are subject to the laws of the State of Nevada, and to the Articles of Incorporation and Bylaws of the Corporation, as now or hereafter amended.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated:   February 7, 2017

SECRETARY

PRESIDENT

FUNDTHATCOMPANY CORPORATE Seal NEVADA

Countersigned by

**DYNAMIC STOCK TRANSFER, INC.**
Sherman Oaks, California

Authorized Signature

18-C rev. 2 • Copyright© 2010  Reynolds Graphics, Inc.  Salt Lake City, Utah

# *FUNDTHATCOMPANY*

*112 North Curry Street*
*Carson City, Nevada 89703*
*877-451-0120*

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S1A and dated November 3, 2016.

Total Number of Shares to be acquired:          20,000

Amount to be paid (price of $0.03 USD per Share):   $650.00

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement this $2 4^{7h}$ of

_November_ , 2016

**Name:** (PRINT) as it should appear on the Certificate: West Investing, Inc.

**Address:**          401 Ryland Street, Suite 200-A
                 Reno, Nevada 89502

If Joint Ownership, check one (all parties must sign above):
□ Joint Tenants with Right of Survivorship
□ Tenants in Common
□ Community Property

If Fiduciary or a Business or an Organization, check one:
□ Trust
□ Estate
□ Power of Attorney
Name and Type of Business Organization: _____

## Identification Authentication REQUIRED!:

Below is my (circle one) Social Security # - Passport # - Drivers License # - Tax ID # - Other Thai National ID Card #

~~XXXX-XXXXX-XX~~ 4

**Signature:** ใ. ฐ ร้อา เทพจิตร
                   **West Investing, Inc. by Suda Thepchit, President**

### ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of FUNDTHATCOMPANY

this 24 day of _November_ , 2016.

By: _____
Chayut Ardwichai
President



**ไทยพาณิชย์ SCB** — เช็คธนาคาร Manager's Cheque — วันที่ Date 2 4 1 1 2 5 5 9

0196 - สาขาอาคารอินเตอร์เชนจ์ 21 (ลุยวิท) 399 ก. สุขุมวิท จังหวัด กรุงเทพฯ

จ่าย Pay   -บริษัท ฟอร์เทรส เอสโครว์ จำกัด\*\*\*     FundThatCompany     หรือตามคำสั่ง Or Order

จำนวนเงิน (บาท) The Sum of (Baht)   -สองหมื่นสามพันห้าสิบห้าบาทห้าสิบสตางค์\*\*\*

\*\*\*23,055.50\*\*\*

ธนาคารไทยพาณิชย์ จำกัด (มหาชน)
Siam Commercial Bank Public Company Limited

000196 สาขา อาคารอินเตอร์เชนจ์ 21 (ลุยวิท)

11778801

ผู้มีอำนาจลงนาม Authorized Signature

เลขที่เช็ค Cheque No.       เลขที่สาขา Branch No. / Code     เลขที่บัญชี Account No.     สำหรับธนาคาร For Bank

⑆061⑆ ⑈11778801⑈ 014⑈0196⑉ 0196000007⑈02

น.ส จิฑา เทพจิตร



# AGREEMENT FOR THE PURCHASE OF COMMON STOCK

This agreement for the purchase of common stock (the "Agreement") is made this  4th
day of ___May___ , _2018_ , by and between Venture 2 Funding, Inc. (the "Seller"),
and _Sunny Isles Capital, LLC_ (the "Purchaser"), and is for the purpose of setting forth
the terms and conditions upon which the Seller will sell to the purchaser  2,187,500
shares of the Common Stock of **FUNDTHATCOMPANY** (the "Company").

In consideration of the mutual promises, covenants and representations contained herein,
**THE PARTIES HERETO AGREE AS FOLLOWS:**

1.  Subject to the terms and conditions of this agreement, Seller agrees to sell and
    Purchaser agrees to purchase shares of Common Stock of the Company at a
    price of US$ .0013289 per share for a total purchase price of US$ $2,906.98 .
2.  Seller represents and warrants to Purchaser that he has good and
    marketable title to all the shares to be sold to the Purchaser pursuant to this
    Agreement. The shares to be sold to the Purchaser will be, at the closing, free
    and clear of all liens, security interests or pledges of any kind. None of such
    shares are or will be subject to any voting trust or agreement. No person holds
    or has a right to receive any proxy or similar instrument with respect to such
    shares.
3.  Seller acknowledges that after completion of this transaction the shares
    could materially increase in value as a result of the Company's current
    business, or any future new business the Company may undertake.

4.  The closing of this transaction will occur on or before the  4th  day of
    ___May___ , __2018__ .

**AGREED TO AND ACCEPTED:**

**SELLER:**                           **PURCHASER:**

By: ᴷᴸᴵᵉᴺᴴᴬᴺ ᴺᴼᴜᴺ          By: _____
Venture 2 Funding, Inc.                Charles Vaccaro, President
by Nikhom Saetae, President            Sunny Isles Capital, LLC



นาย มี คม หอ้น

## THIRD PARTY RELEASE

Whenever certificate(s) are registered in the name other than that of the account, this form must be fully completed by the registered holder(s) named on the certificate(s).

Gentlemen:   The undersigned hands you herewith the following certificate(s):

| CERTIFICATE NO.(S) | NO. OF SHARES | ISSUE DATE |
|---|---|---|
| 0027 | 2,187,500 | February 7, 2017 |
| | | |
| | | |
| | | |

All of which are in (my) (our) name(s) and duly endorsed by (me) (us), which the undersigned requests that you place in the account of:

Sunny Isles Capital, LLC

(one of your customers), who is the true and lawful owner of the above securities represented by said certificate(s) and whom you may treat as the owner thereof and of any income and benefits therefrom, and resulting from any sale thereof. The undersigned represents that (he) (she) (they) (is) (are) of lawful age in all respects legally competent.

Dated: May 4, 2018

City:

State:

_นาย ฉัตร ฑัธน นอุ่ม_
Signature

Venture 2 Funding, Inc. by Nikhom Saetae, President

Medallion or Signature Guarantee

I certify the genuine signature of Nikhom Saetae.
I hereby assume no responsibility for the contents of this document.

Signature _____
Khwanta Saynet
Notarial Services Attorney



# Irrevocable Stock Power

For Value Received, the undersigned does (do) hereby sell, assign, and transfer to

Sunny Isles Capital, LLC, a Florida limited liability company

_____

_____

(  2,187,500  ) shares of common Capital Stock FUNDTHATCOMPANY represented

by Certificate(s) No.  0027  inclusive, standing in the name of the undersigned on the books of said company.

The undersigned does (do) hereby irrevocably constitute and appoint _____

_____

to transfer the said stock on the books of said corporation, with full power of substitution

in the premises.

Signed X แทน เปือน หนูม _____
Venture 2 Funding, Inc. by Nikhom Saetae, President

Dated: _____ May 4, 2018 _____

In Presence of _____

NOTICE: The signature(s) to this assignment must correspond with the name as written upon the face of the certificate, in every particular, without alteration, or any change whatever, and must be guaranteed by a commercial bank, trust company, or member firm of the Boston, New York, or Midwest Stock Exchange or a Notary Public.

I certify the genuine signature of Nikhom Saetae.
I hereby assume no responsibility for the contents of this document.

Signature _____
Khwanta Saynet
Notarial Services Attorney

Reg. No. _____ 496/2555





# CORPORATE CHARTER

I, BARBARA K. CEGAVSKE, the duly elected and qualified Nevada Secretary of State, do hereby certify that **VENTURE 2 FUNDING, INC.**, did on November 17, 2016, file in this office the original Articles of Incorporation; that said Articles of Incorporation are now on file and of record in the office of the Secretary of State of the State of Nevada, and further, that said Articles contain all the provisions required by the law of said State of Nevada.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on November 17, 2016.

*Barbara K. Cegavske*

**BARBARA K. CEGAVSKE**
Secretary of State

Certified By: Electronic Filing
Certificate Number: C20161117-0019
You may verify this certificate
online at http://www.nvsos.gov/



*040105*



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

## Articles of Incorporation

(PURSUANT TO NRS CHAPTER 78)

| Filed in the office of | Document Number |
|---|---|
| *Barbara K Cegavske* Barbara K. Cegavske Secretary of State State of Nevada | 20160502088-32 |
| | Filing Date and Time |
| | **11/17/2016 4:16 AM** |
| | Entity Number |
| | **E0500332016-6** |

(This document was filed electronically.)

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

| 1. Name of Corporation: | VENTURE 2 FUNDING, INC. |
|---|---|

| 2. Registered Agent for Service of Process: (check only one box) | [X] Commercial Registered Agent: INCORP SERVICES, INC. |
|---|---|
| | Name |
| | [ ] Noncommercial Registered Agent (name and address below)   **OR**   [ ] Office or Position with Entity (name and address below) |
| | Name of Noncommercial Registered Agent  **OR**  Name of Title of Office or Other Position with Entity |
| | Street Address _____ City _____ Nevada  Zip Code |
| | Mailing Address (if different from street address) _____ City _____ Nevada  Zip Code |

| 3. Authorized Stock: (number of shares corporation is authorized to issue) | Number of shares with par value: | Par value per share: $ | Number of shares without par value: 5000 |
|---|---|---|---|

| 4. Names and Addresses of the Board of Directors/Trustees: (each Director/Trustee must be a natural person at least 18 years of age; attach additional page if more than two directors/trustees) | 1) NIKHOM SAETAE |
|---|---|
| | Name |
| | 155/12 MOO 10  NONGPRUE BANGLAMUR  TH  20150 |
| | Street Address  City  State  Zip Code |
| | 2) |
| | Name |
| | Street Address  City  State  Zip Code |

| 5. Purpose: (optional; required only if Benefit Corporation status selected) | The purpose of the corporation shall be: ANY LEGAL PURPOSE | 6. Benefit Corporation: (see instructions) [ ] Yes |
|---|---|---|

| 7. Name, Address and Signature of Incorporor: (attach additional page if more than one incorporator) | I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State. |
|---|---|
| | NIKHOM SAETAE                    X  NIKHOM SAETAE |
| | Name                    Incorporator Signature |
| | 155/12 MOO 10  NONGPRUE BANGLAMUR  TH  20150 |
| | Address  City  State  Zip Code |

| 8. Certificate of Acceptance of Appointment of Registered Agent: | I hereby accept appointment as Registered Agent for the above named Entity. |
|---|---|
| | X  INCORP SERVICES, INC.                    11/17/2016 |
| | Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity  Date |

This form must be accompanied by appropriate fees.

Nevada Secretary of State NRS 78 Articles
Revised: 1-5-15

# (PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:

**ENTITY NUMBER**

E0500332016-6

VENTURE 2 FUNDING, INC.

NAME OF CORPORATION

FOR THE FILING PERIOD OF    **NOV, 2016**    TO    **NOV, 2017**

USE BLACK INK ONLY - DO NOT HIGHLIGHT

\*100103\*

## **YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional officers, attach a list of them to this form.

3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. *Ordering Copies:* If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

**Filed in the office of**
*Barbara Cegavske*
Barbara K. Cegavske
Secretary of State
State of Nevada

**Document Number**
20160502089-43
**Filing Date and Time**
11/17/2016 4:16 AM
**Entity Number**
E0500332016-6

This document was filed electronically
ABOVE SPACE IS FOR OFFICE USE ONLY

## CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [    ]

NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

☐ This corporation is a publicly traded corporation. The Central Index Key number is: [    ]

☐ This publicly traded corporation is not required to have a Central Index Key number.

**NRS 76.020 Exemption Codes**
001 - Governmental Entity
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) | | |
|------|----------|--|--|
| NIKHOM SAETAE | PRESIDENT (OR EQUIVALENT OF) | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 155/12 MOO 10 , THA | NONGPRUE BANGLAMUNG C | | 20150 |

| NAME | TITLE(S) | | |
|------|----------|--|--|
| NIKHOM SAETAE | SECRETARY (OR EQUIVALENT OF) | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 155/12 MOO 10 , THA | NONGPRUE BANGLAMUNG C | | 20150 |

| NAME | TITLE(S) | | |
|------|----------|--|--|
| NIKHOM SAETAE | TREASURER (OR EQUIVALENT OF) | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 155/12 MOO 10 , THA | NONGPRUE BANGLAMUNG C | | 20150 |

| NAME | TITLE(S) | | |
|------|----------|--|--|
| NIKHOM SAETAE | DIRECTOR | | |
| **ADDRESS** | **CITY** | **STATE** | **ZIP CODE** |
| 155/12 MOO 10 , THA | NONGPRUE BANGLAMUNG C | | 20150 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** NIKHOM SAETAE

**Signature of Officer or Other Authorized Signature**

**Title**    PRESIDENT

**Date**    11/17/2016 4:16:53 AM

Nevada Secretary of State List Profit
Revised: 7-1-15



## SECRETARY OF STATE



STATE OF NEVADA

# NEVADA STATE BUSINESS LICENSE

### VENTURE 2 FUNDING, INC.
#### Nevada Business Identification # NV20161674498

### Expiration Date: November 30, 2017

In accordance with Title 7 of Nevada Revised Statutes, pursuant to proper application duly filed and payment of appropriate prescribed fees, the above named is hereby granted a Nevada State Business License for business activities conducted within the State of Nevada.

Valid until the expiration date listed unless suspended, revoked or cancelled in accordance with the provisions in Nevada Revised Statutes. License is not transferable and is not in lieu of any local business license, permit or registration.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on November 17, 2016

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Secretary of State

*You may verify this license at www.nvsos.gov under the Nevada Business Search.*

License must be cancelled on or before its expiration date if business activity ceases. Failure to do so will result in late fees or penalties which by law <u>cannot</u> be waived.

NUMBER
0027

SHARES
***2,187,500***

CUSIP No. 3684LP 105

AUTHORIZED COMMON STOCK
200,000,000 SHARES
PAR VALUE $0.001

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

**FundThatCompany**

**This Certifies that** Venture 2 Funding, Inc.

Is The Record Holder Of    *** Two Million One Hundred Eighty-Seven Thousand Five Hundred ***

*Fully paid and non-assessable shares of* **FundThatCompany** *Common Stock*

transferable on the books of the Corporation in person or by attorney upon surrender of this certificate duly endorsed or assigned. This certificate and the shares represented hereby are subject to the laws of the State of Nevada, and to the Articles of Incorporation and Bylaws of the Corporation, as now or hereafter amended.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated:  February 7, 2017

SECRETARY

PRESIDENT

CORPORATE
Seal
FUNDTHATCOMPANY
NEVADA

Countersigned by    **DYNAMIC STOCK TRANSFER, INC.**
Sherman Oaks, California

# *FUNDTHATCOMPANY*

*112 North Curry Street*
*Carson City, Nevada 89703*
*877-451-0120*

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S1A and dated November 3, 2016.

Total Number of Shares to be acquired:          12,500

Amount to be paid (price of $0.03 USD per Share):   $375.00

**IN WITNESS WHEREOF,** the undersigned has executed this Subscription Agreement this __22__ of

___November___ , 2016

**Name: (PRINT)** as it should appear on the Certificate: Venture 2 Funding, Inc.

**Address:**       3773 Howard Hughes Parkway, Suite 500S
                   Las Vegas, Nevada 89169

If Joint Ownership, check one (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

If Fiduciary or a Business or an Organization, check one:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

## Identification Authentication REQUIRED!:

Below is my (circle one) Social Security # - Passport # - Drivers License # - Tax ID # - Other Thai National ID Card #

_____

Signature: _____

*Venture 2 Funding, Inc. by Nikhom Saetae, President*

## ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of FUNDTHATCOMPANY

this __22__ day of ___November___ , 2016.

By: _____
Chayut Ard_____
President





## AGREEMENT FOR THE PURCHASE OF COMMON STOCK

This agreement for the purchase of common stock (the "Agreement") is made this _4th_ day of ___May___, _2018_, by and between Prachak Intanam (the "Seller"), and Sunny Isles Capital, LLC (the "Purchaser"), and is for the purpose of setting forth the terms and conditions upon which the Seller will sell to the purchaser _656,250_ shares of the Common Stock of **FUNDTHATCOMPANY** (the "Company").

In consideration of the mutual promises, covenants and representations contained herein, **THE PARTIES HERETO AGREE AS FOLLOWS:**

1. Subject to the terms and conditions of this agreement, Seller agrees to sell and Purchaser agrees to purchase shares of Common Stock of the Company at a price of US$ _.001329_ per share for a total purchase price of US$ _$872.09_ .

2. Seller represents and warrants to Purchaser that he has good and marketable title to all the shares to be sold to the Purchaser pursuant to this Agreement. The shares to be sold to the Purchaser will be, at the closing, free and clear of all liens, security interests or pledges of any kind. None of such shares are or will be subject to any voting trust or agreement. No person holds or has a right to receive any proxy or similar instrument with respect to such shares.

3. Seller acknowledges that after completion of this transaction the shares could materially increase in value as a result of the Company's current business, or any future new business the Company may undertake.

4. The closing of this transaction will occur on or before the _4th_ day of ___May___, _2018_ .

**AGREED TO AND ACCEPTED:**

**SELLER:**                                     **PURCHASER:**

By: _____                    By: _____
Prachak Intanam                                     Charles Vaccaro, President
                                                    Sunny Isles Capital, LLC





## THIRD PARTY RELEASE

Whenever certificate(s) are registered in the name other than that of the account, this form must be fully completed by the registered holder(s) named on the certificate(s).

Gentlemen:     The undersigned hands you herewith the following certificate(s):

| CERTIFICATE NO.(S) | NO. OF SHARES | ISSUE DATE |
|---|---|---|
| 0019 | 656,250 | February 7, 2017 |
| | | |
| | | |
| | | |

All of which are in (my) (our) name(s) and duly endorsed by (me) (us), which the undersigned requests that you place in the account of:

_____

_____

(one of your customers), who is the true and lawful owner of the above securities represented by said certificate(s) and whom you may treat as the owner thereof and of any income and benefits therefrom, and resulting from any sale thereof. The undersigned represents that (he) (she) (they) (is) (are) of lawful age in all respects legally competent.

Dated: ___May 4, 2018___

City: _____

State: _____

_____
Signature
Prachak Intanam
Print name

_____
Medallion or Signature Guarantee

I certify the genuine signature of Prachak Intanam.

I hereby assume no responsibility for the contents of this document.

Signature _____
Pimpitcha Akkharaphokhinankul
Notarial Services Attorney

## Irrevocable Stock Power

For Value Received, the undersigned does (do) hereby sell, assign, and transfer to

Sunny Isles Capital, LLC, a Florida limited liability company

( ___656,250___ ) shares of common Capital Stock FUNDTHATCOMPANY represented

by Certificate(s) No. _0019_ inclusive, standing in the name of the undersigned on the books of said company.

The undersigned does (do) hereby irrevocably constitute and appoint _____

to transfer the said stock on the books of said corporation, with full power of substitution

in the premises.

Signed _____
                 Prachak Intanam

Dated: _____May 4, 2018_____

In Presence of _____

NOTICE: The signature(s) to this assignment must correspond with the name as written upon the face of the certificate, in every particular, without alteration, or any change whatever, and must be guaranteed by a commercial bank, trust company, or member firm of the Boston, New York, or Midwest Stock Exchange or a Notary Public.

I certify the genuine signature of Prachak Intanam.

I hereby assume no responsibility for the contents of this document.

Signature _____
                  Pimpitcha Akkharaphokhinankul
                  Notarial Services Attorney



# *FUNDTHATCOMPANY*

*112 North Curry Street*
*Carson City, Nevada 89703*
*877-451-0120*

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S1A and dated November 3, 2016.

Total Number of Shares to be acquired:          3,750

Amount to be paid (price of $0.03 USD per Share):   $112.50

**IN WITNESS WHEREOF**, the undersigned has executed this Subscription Agreement this ___21st___ of
___November_____, 2016

Name: (PRINT) as it should appear on the Certificate: Prachak Intanam

**Address:**       73/225 Moo 10
                Sainoi, Sainoi, Nonthaburi 11150 Thailand

If Joint Ownership, check one (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

If Fiduciary or a Business or an Organization, check one:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

## Identification Authentication REQUIRED!:

Below is my (circle one) Social Security # - Passport # - Drivers License # - Tax ID # - Other Thai National ID Card #

Signature: _____

## ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of FUNDTHATCOMPANY
this __21st__ day of ___November_____, 2016.
By: _____
Chayut Ardwichai
President

ธนาคารกสิกรไทย KASIKORNBANK   ถึง ผู้รักษาเงิน 致出纳员 To The Cashier   วันที่ 日期 Date  2  1  1  1  2  0  1  6

0847-สาขาเซ็นทรัลพลาซาแกรนด์ พระราม 9 9/9 ชั้น5 ห้องเลขที่ 512-513. ถนนพระราม9 แขวงห้วยขวาง เขตห้วยขวาง กทม.

จ่าย Pay  บริษัท ฟอร์เทรส เทคโนโลยี จำกัด  **FundThatCompany**   หรือตามคำสั่ง 或凭此人 or order

บาท 泰铢 Baht  สามสิบเก้าร้อยแปดสิบสองบาทห้าสิบสตางค์

฿                                                    ฿฿฿฿฿฿฿฿฿฿3,982.50

Chq. No. : 10711580   ลายมือชื่อผู้มีอำนาจลงนาม 授权签名  Authorized Signature   {3845}

⑈06 ⑈"10711580"004"0847⑆          02



# AGREEMENT FOR THE PURCHASE OF COMMON STOCK

This agreement for the purchase of common stock (the "Agreement") is made this __4th__ day of ___May___, 2018 , by and between Aphisit Chinduang (the "Seller"), and Sunny Isles Capital, LLC   (the "Purchaser"), and is for the purpose of setting forth the terms and conditions upon which the Seller will sell to the purchaser __656,250__ shares of the Common Stock of **FUNDTHATCOMPANY** (the "Company").

In consideration of the mutual promises, covenants and representations contained herein, **THE PARTIES HERETO AGREE AS FOLLOWS:**

1.  Subject to the terms and conditions of this agreement, Seller agrees to sell and Purchaser agrees to purchase shares of Common Stock of the Company at a price of US$ .001329 per share for a total purchase price of US$ 872.09 .

2.  Seller represents and warrants to Purchaser that he has good and marketable title to all the shares to be sold to the Purchaser pursuant to this Agreement. The shares to be sold to the Purchaser will be, at the closing, free and clear of all liens, security interests or pledges of any kind. None of such shares are or will be subject to any voting trust or agreement. No person holds or has a right to receive any proxy or similar instrument with respect to such shares.

3.  Seller acknowledges that after completion of this transaction the shares could materially increase in value as a result of the Company's current business, or any future new business the Company may undertake.

4.  The closing of this transaction will occur on or before the __4th__ day of __May__, 2018 .

**AGREED TO AND ACCEPTED:**

**SELLER:**                                                **PURCHASER:**

By: X _____                   By: _____
Aphisit Chinduang                                     Charles Vaccaro, President
                                                               Sunny Isles Capital, LLC





## THIRD PARTY RELEASE

Whenever certificate(s) are registered in the name other than that of the account, this form must be fully completed by the registered holder(s) named on the certificate(s).

Gentlemen:   The undersigned hands you herewith the following certificate(s):

| CERTIFICATE NO.(S) | NO. OF SHARES | ISSUE DATE |
|---|---|---|
| 0004 | 656,250 | February 7, 2017 |
| | | |
| | | |
| | | |

All of which are in (my) (our) name(s) and duly endorsed by (me) (us), which the undersigned requests that you place in the account of:

Sunny Isles Capital, LLC

(one of your customers), who is the true and lawful owner of the above securities represented by said certificate(s) and whom you may treat as the owner thereof and of any income and benefits therefrom, and resulting from any sale thereof. The undersigned represents that (he) (she) (they) (is) (are) of lawful age in all respects legally competent.

Dated: _____   X อภิสิทธิ์ จินดวง
                          Signature
City: _____      Aphisit Chinduang
                          Print name
State: _____
                          _____
                          Medallion or Signature Guarantee

I certify the genuine signature of Aphisit Chinduang.

I hereby assume no responsibility for the contents of this document.

Signature ____พิมพ์พิชา____
          Pimpitcha Akkharaphokhinankul
          Notarial Services Attorney

Reg.No./ทะเบียนเลขที่ 7051/2558

## Irrevocable Stock Power

For Value Received, the undersigned does (do) hereby sell, assign, and transfer to

_____Sunny Isles Capital, LLC, a Florida limited liability company_____

_____

( ___656,250___ ) shares of common Capital Stock FUNDTHATCOMPANY represented

by Certificate(s) No. __0004__ inclusive, standing in the name of the undersigned on the books of said company.

The undersigned does (do) hereby irrevocably constitute and appoint _____

_____

to transfer the said stock on the books of said corporation, with full power of substitution

in the premises.

Signed _____
　　　　　　Aphisit Chinduang

Dated: _____May 4, 2018_____

In Presence of _____

NOTICE: The signature(s) to this assignment must correspond with the name as written upon the face of the certificate, in every particular, without alteration, or any change whatever, and must be guaranteed by a commercial bank, trust company, or member firm of the Boston, New York, or Midwest Stock Exchange or a Notary Public.

I certify the genuine signature of Aphisit Chinduang.

I hereby assume no responsibility for the contents of this document.

Signature _____
Pimpitcha Akkharaphokhinankul
Notarial Services Attorney

Doc. No. /ทะเบียนเลขที่......7051 / 2558

SHARES ***656,250*

CUSIP NO. 36D8LP 105

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

NUMBER
0004

AUTHORIZED COMMON STOCK:
200,000,000 SHARES
PAR VALUE: $0.001

# FundThatCompany

**This Certifies That**

*To The Record Holder Of*   Aphisit Chinchang

*Fully paid and non-assessable shares of* **FundThatCompany** *Common Stock*

*transferable on the books of the Corporation in person or by attorney upon surrender of this certificate duly endorsed or assigned. This certificate and the shares represented hereby are subject to the laws of the State of Nevada, and to the Articles of Incorporation and Bylaws of the Corporation, as now or hereafter amended.*

*Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.*

*Dated:*   February 7, 2017

*** Six Hundred Fifty-Six Thousand Two Hundred Fifty ***

SECRETARY

PRESIDENT

FUNDTHATCOMPANY
CORPORATE
**Seal**
NEVADA

Countersigned by

**DYNAMIC STOCK TRANSFER, INC.**
Sherman Oaks, California

## FUNDTHATCOMPANY

*112 North Curry Street*
*Carson City, Nevada 89703*
*877-451-0120*

### SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S1A and dated November 3, 2016.

Total Number of Shares to be acquired:          3,750

Amount to be paid (price of $0.03 USD per Share):   $112.50

IN WITNESS WHEREOF, the undersigned has executed this Subscription Agreement this 21ˢᵗ of

November                    , 2016

Name: (PRINT) as it should appear on the Certificate: Aphisit Chinduang

**Address:**       317 Moo 2
                Komsan, Komsan, Chaiyaphoom 36180 Thailand

If Joint Ownership, check one (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

If Fiduciary or a Business or an Organization, check one:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

### Identification Authentication REQUIRED!:

Below is my (circle one) Social Security # - Passport # - Drivers License # - Tax ID # - Other (Thai National ID Card #)

**Signature:** อภิสิทธิ์ ชินด้วง

### ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of FUNDTHATCOMPANY

this 21ˢᵗ day of        November     , 2016.

By: _____
Chayut Ardwichai
President



**ออมสิน**
CO **03771045** วันที่ 2 1 1 1 2 5 5 9 Date

เช็คแคชเชียร์สออเดอร์ Carrier's Order Cheque

จ่าย บริษัท สอ'ไ กรด. เอสเตกรี่ จำกัด   FundThatCompany   หรือตามคำสั่ง
Pay                                                                or order

(บาท) สามสิบสี่พันเก้าร้อยแปดสิบสองบาทห้าสิบสตางค์
(Baht)

฿   *******3,982.50

A/C PAYEE ONLY

03771045/BTA81D
เช็คเลขที่ Cheque No.

‖‖ ‖03771045‖030‖0840‖ 840199999 3‖02



บัตรประจำตัวประชาชน Thai National ID Card

นาย อภิสิทธิ์ จันด้วง
Mr. Aphlett
Chinchuang

อภิสิทธิ์    จันด้วง

## AGREEMENT FOR THE PURCHASE OF COMMON STOCK

This agreement for the purchase of common stock (the "Agreement") is made this __4th__ day of ___May___ , _2018_ , by and between Meena Baotaes (the "Seller"), and _Sunny Isles Capital, LLC_ (the "Purchaser"), and is for the purpose of setting forth the terms and conditions upon which the Seller will sell to the purchaser __525,000__ shares of the Common Stock of **FUNDTHATCOMPANY** (the "Company").

In consideration of the mutual promises, covenants and representations contained herein, **THE PARTIES HERETO AGREE AS FOLLOWS:**

1.  Subject to the terms and conditions of this agreement, Seller agrees to sell and Purchaser agrees to purchase shares of Common Stock of the Company at a price of US$0.001329 per share for a total purchase price of US$ _697.67_ .

2.  Seller represents and warrants to Purchaser that he has good and marketable title to all the shares to be sold to the Purchaser pursuant to this Agreement. The shares to be sold to the Purchaser will be, at the closing, free and clear of all liens, security interests or pledges of any kind. None of such shares are or will be subject to any voting trust or agreement. No person holds or has a right to receive any proxy or similar instrument with respect to such shares.

3.  Seller acknowledges that after completion of this transaction the shares could materially increase in value as a result of the Company's current business, or any future new business the Company may undertake.

4.  The closing of this transaction will occur on or before the __4th__ day of ___May___ , _2018_ .

**AGREED TO AND ACCEPTED:**

**SELLER:**                                            **PURCHASER:**


By: _Meena Baotaes_                        By: _____
Meena Baotaes                                          Charles Vaccaro, President
                                                               Sunny Isles Capital, LLC



บัตรประจำตัวประชาชน Thai National ID Card
Identification Number

ชื่อตัวชื่อสกุล น.ส. มีนา เป้าเทศ
Name  Miss Meena
Last name  Snotaes

Date of Birth

ที่อยู่ 25 หมู่ 8 ต.หัวนา อ.เมืองสกลนคร
อ.หัวนา
21 ส.ค. 2563
วันออกบัตร
21 Aug. 2015
Date of Issue

21 ส.ค. 2567
วันบัตรหมดอายุ
21 Jan. 2024
Date of Expire

มีนา เป้าเทศ

BORA-8.3-03

ประเทศไทย

THAILAND

312—092472—6

## THIRD PARTY RELEASE

Whenever certificate(s) are registered in the name other than that of the account, this form must be fully completed by the registered holder(s) named on the certificate(s).

Gentlemen:    The undersigned hands you herewith the following certificate(s):

| CERTIFICATE NO.(S) | NO. OF SHARES | ISSUE DATE |
|---|---|---|
| 0013 | 525,000 | February 7, 2017 |
|  |  |  |
|  |  |  |
|  |  |  |

All of which are in (my) (our) name(s) and duly endorsed by (me) (us), which the undersigned requests that you place in the account of:

Sunny Isles Capital, LLC

(one of your customers), who is the true and lawful owner of the above securities represented by said certificate(s) and whom you may treat as the owner thereof and of any income and benefits therefrom, and resulting from any sale thereof. The undersigned represents that (he) (she) (they) (is) (are) of lawful age in all respects legally competent.

Dated: ___May 4, 2018___

City: _____

State: _____

Signature _____
Signature
Meena Baotaes
Print name
_____
Medallion or Signature Guarantee

I certify the genuine signature of Meena Baotaes.
I hereby assume no responsibility for the contents of this document.

Signature _____
Pimpitcha Akkharaphokhinankul
Notarial Services Attorney

7051/2552

## Irrevocable Stock Power

For Value Received, the undersigned does (do) hereby sell, assign, and transfer to

_____Sunny Isles Capital, LLC, a Florida limited liability comany_____

_____

(___525,000_____) shares of common Capital Stock FUNDTHATCOMPANY
represented

by Certificate(s) No. __0013__ inclusive, standing in the name of the undersigned on the
books of said company.

The undersigned does (do) hereby irrevocably constitute and appoint _____

_____

to transfer the said stock on the books of said corporation, with full power of substitution

in the premises.

Signed _____
            Meena Baotaes

Dated: _____May 4, 2018_____

In Presence of _____

NOTICE: The signature(s) to this assignment must correspond with the name as written
upon the face of the certificate, in every particular, without alteration, or any change
whatever, and must be guaranteed by a commercial bank, trust company, or member firm
of the Boston, New York, or Midwest Stock Exchange or a Notary Public.

I certify the genuine signature of Meena Baotaes.
I hereby assume no responsibility for the contents of this document.

Signature _____
                Pimpitcha Akkharaphokhinankul
                Notarial Services Attorney

Reg.No./ทะเบียนเลขที่ 3051 / 2558

SHARES ***525,000***

CUSIP NO. 36064P 105

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

# FundThatCompany

NUMBER 0013

AUTHORIZED COMMON STOCK
200,000,000 SHARES
PAR VALUE $0.001

**This Certifies that**   Meena Baotaes

**Is The Record Holder Of**   *** Five Hundred Twenty-Five Thousand ***

Fully paid and non-assessable shares of **FundThatCompany** Common Stock transferable on the books of the Corporation in person or by attorney upon surrender of this certificate duly endorsed or assigned. This certificate and the shares represented hereby are subject to the laws of the State of Nevada, and to the Articles of Incorporation and Bylaws of the Corporation, as now or hereafter amended.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated:   February 7, 2017

SECRETARY

PRESIDENT

FUNDTHATCOMPANY
CORPORATE
Seal
NEVADA

DYNAMIC STOCK TRANSFER, INC.
Sherman Oaks, California

Countersigned by

Authorized Signature

# *FUNDTHATCOMPANY*

*112 North Curry Street*
*Carson City, Nevada 89703*
*877-451-0120*

## SUBSCRIPTION AGREEMENT SIGNATURE PAGE

The undersigned (the "Subscriber") hereby irrevocably subscribes for that number of Shares set forth below, upon and subject to the terms and conditions set forth in the Corporation's Effective Final Prospectus filed on Form S1A and dated November 3, 2016.

Total Number of Shares to be acquired:       3,000

Amount to be paid (price of $0.03 USD per Share):   $90.00

**IN WITNESS WHEREOF**, the undersigned has executed this Subscription Agreement this 24th of

_____*November*_____, 2016

**Name:** (PRINT) as it should appear on the Certificate: Meena Baotaes

**Address:**      25 Moo 8
Talingchan, Muang Saraburi
Saraburi 18000 Thailand

If Joint Ownership, check one (all parties must sign above):
☐ Joint Tenants with Right of Survivorship
☐ Tenants in Common
☐ Community Property

If Fiduciary or a Business or an Organization, check one:
☐ Trust
☐ Estate
☐ Power of Attorney
Name and Type of Business Organization: _____

## Identification Authentication REQUIRED!:

Below is my (circle one) Social Security # - Passport # - Drivers License # - Tax ID # - Other Thai National ID Card #

**Signature:** _____

### ACCEPTANCE OF SUBSCRIPTION

The foregoing Subscription is hereby accepted for and on behalf of FUNDTHATCOMPANY

this 24th day of _____November_____, 2016.

By: _____
Chayut Arowichai
President



