UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

**SUNNY ISLES CAPITAL, LLC**  CASE NO. 1:18-cv-03432-CCB

**Plaintiff,**

 **v.**

**CLIC TECHNOLOGY, INC.**

 **Defendant**

-----------------------------------------------------------------------------------------------------------------

**DEFENDANT CLIC TECHNOLOGY, INC.'S ANSWER TO COMPLAINT**

Defendant CLIC Technology, Inc. ("CLIC"), by and through counsel, answers plaintiff Sunny Isles Capital, LLC's complaint as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. First and third sentences admitted. Second sentence admitted on information and belief.

6. Admitted.

7. Admitted on information and belief.

8. Admitted.

9. Admitted.

10. Admitted on information and belief.

11. Admitted.

12. Admitted.

WHEREFORE, Defendant CLIC requests that this Court schedule a hearing to determine the fairness of the proposed settlement.

Respectfully submitted,

/s/

_____
/s/ Glen K. Allen
Glen K. Allen, Esq. (06150)
502 Edgevale Road
Baltimore, MD 21210
glenallenlaw@gmail.com
410-802-6453
Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on this 13 th day of November, 2018, a copy of the foregoing was electronically filed, constituting service on the following: Matheau J. W. Stout, Esq., Attorney for the plaintiff.

/s/

_____
Glen K. Allen
Email: glenallenlaw@gmail.com