| | | |
|---|---|---|
| SUNNY ISLES CAPITAL, LLC | * | IN THE |
| Plaintiff | * | UNITED STATES DISTRICT COURT |
| v. | * | FOR |
| CLIC TECHNOLOGY, INC. | * | THE DISTRICT OF MARYLAND |
| Defendant | * | NORTHERN DIVISION |
| | * | CIVIL ACTION NO. 1:18-cv-03432-CCB |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO SCHEDULE HEARING BEFORE MAGISTRATE

Plaintiff, SUNNY ISLES CAPITAL, LLC ("Plaintiff") and Defendant, CLIC TECHNOLOGY, INC. ("Defendant"), by their attorneys, hereby file this joint motion to schedule a hearing before a Magistrate, and state as follows

1. Plaintiff filed its Complaint on November 7, 2018 seeking this Honorable Court's Order approving a settlement between the Parties under Section 3(a)(10) of the Securities Act of 1933 ("Section 3(a)(10)"),

2. Plaintiff's Complaint included a copy of a Settlement Agreement and Stipulation dated October 11, 2018, executed by Plaintiff and Defendant (the "Settlement Agreement"), which is attached again hereto as Exhibit A.

3. Section 3(a)(10) requires that a hearing on the fairness of the terms of the Settlement Agreement be conducted by the Court ("Fairness Hearing"), and such Fairness Hearing may be held before a Magistrate Judge.

4. Plaintiff's Complaint sought as relief the scheduling of a Fairness Hearing.

5. Defendant filed its Answer on November 13, 2018, which admitted all allegations in Plaintiff's Complaint, and which likewise sought as relief the scheduling of a Fairness Hearing.

6. There is no dispute among the parties as to matters of fact, and the parties affirm that the terms they have agreed to in the Settlement Agreement are fair to both Plaintiff and Defendant.

7. The Parties have attached a proposed Order Granting Approval of Settlement Agreement and Stipulation for this Honorable Court's review as Exhibit B.

WHEREFORE, for all of the foregoing reasons, the parties jointly and respectfully request that this Court schedule the matter for a hearing on the fairness of the terms of the Settlement Agreement before a Magistrate Judge.

Respectfully submitted,

| | |
|---|---|
| */s/ Matheau J. W. Stout* | */s/ Glen K. Allen* |
| Matheau J. W. Stout (28054) | Glen K. Allen (06150) |
| 400 E. Pratt Street, 8th Floor | 502 Edgevale Road |
| Baltimore, Maryland 21202 | Baltimore, Maryland 21210 |
| (410) 429-7076 Tel | (410) 802-6453  Tel |
| (888) 907-1740 Fax | |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |